[No. 18815-5-II.    Division Two.    August 9, 1996.]

EARL IJAS, ET AL., *Appellants*, v. CALLOWAY-ROSS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Wahkiakum County, No. 93-2-00040-4, Joel M. Penoyar, J., entered October 4, 1994. *Affirmed in part, reversed in part* and *remanded for redetermination* by unpublished opinion per Seinfeld, C.J., concurred in by Morgan and Bridgewater, JJ.

[No. 18896-1-II.    Division Two.    August 9, 1996.]

JERALD A. EDWARDS, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-2-01433-4, Don L. McCulloch, J., entered October 20, 1994. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18909-7-II.    Division Two.    August 9, 1996.]

ROBERT L. GUNTLE, *Respondent*, v. KIMBERLY A. BARNETT, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pacific County, No. 89-2-00112-0, Joel M. Penoyar, J., entered November 4, 1994. *Reversed* by unpublished opinion per Houghton, A.C.J., concurred in by Bridgewater and Armstrong, JJ.

[No. 18980-1-II.    Division Two.    August 9, 1996.]

JOHN A. MCKERRICHER, ET AL., *Appellants*, v. MARGUERITE E. OGG, *Respondent*.

Appeal from a judgment of the Superior Court for Mason County, No. 90-2-00254-7, Toni A. Sheldon, J., entered January 17, 1995. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, A.C.J., and Armstrong, J.